

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD DARNELL TURNER,<br><br>　　　　Defendant. | Case: 4:26-cr-20121<br>Assigned To : Behm, F. Kay<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 3/4/2026<br>Description: SEALED MATTER (tt)<br><br>Violation:<br>21 U.S.C. § 841(a)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi)
*Possession of Fentanyl with Intent to Distribute*

On or about January 28, 2026, in the Eastern District of Michigan, the defendant, RICHARD DARNELL TURNER, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the controlled substance involved was 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propenamide, commonly known as fentanyl, a

1

Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a).

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including but not limited to the following:

/

/

/

/

/

/

/

1. One (1) Glock, Model 23, .40 caliber, semi-automatic pistol, serial number BBXM411; and

2. Seventeen (17) rounds of .40 caliber ammunition.

Dated: March 4, 2026

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/*Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, MI 48502
(810) 766-5177
Anthony.Vance@usdoj.gov
P61148

s/*Grant Newman*
GRANT NEWMAN
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712
Grant.Newman@usdoj.gov
P79799

|  |  | Case: 4:26-cr-20121 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Cov‹ | Assigned To : Behm, F. Kay<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 3/4/2026<br>Description: SEALED MATTER (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: GN |

**Case Title:** USA v. Richard Turner

**County where offense occurred :** Genesee County

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 4, 2026
        Date

s/Grant Newman

101 First St. Ste. 200
Bay City, MI 48708
989-895-5712
Fax:    989-895-5790
E-Mail address: Grant.Newman@usdoj.gov
Attorney Bar #: P79799

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.